IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER FARROW**                                                                  **PLAINTIFF**

v.                            **Case No. 2:23-cv-00186-KGB**

**DOES**                                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5). Plaintiff Christopher Farrow has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*). Mr. Farrow's complaint is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas and failure to respond to this Court's Orders (Dkt. No. 1).

It is so ordered this the 28th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge