IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER FARROW**                                                                 **PLAINTIFF**

v.                              **Case No. 2:23-cv-00186-KGB**

**DOES**                                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Christopher Farrow's complaint is dismissed without prejudice (Dkt. No. 1). The Court denies the requested relief.

So adjudged this the 28th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge